United States District Court
Southern District of Texas

**ENTERED**

April 08, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YODANY HERNANDEZ ORTEGA, | § | |
| | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-26-cv-674 |
| | § | |
| MARTIN FRINK, | § | |
| | § | |
| Respondent. | § | |

### ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL

The petitioner, Yodany Hernandez Ortega, filed a petition for a writ of habeas corpus to challenge her detention by United States immigration authorities. She now moves to voluntarily dismiss her petition.

Motions for voluntary dismissal should be freely granted unless the non-moving party will suffer prejudice other than the prospect of a second lawsuit. Elbaor v. Tripath Imaging, Inc., 279 F.3d 314, 318 (5th Cir. 2002) (citing Manshack v. Southwestern Elec. Power Co., 915 F.2d 172, 174 (5th Cir. 1990)). The petitioner states that she has received a removal order and will not appeal that order. Therefore, voluntary dismissal will cause no prejudice.

Accordingly, the motion (Docket Entry No. 14) is **GRANTED,** and this case is **DISMISSED WITHOUT PREJUDICE.**

**SIGNED** at Houston, Texas, on this 8th day of April, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE